JOSEPH W. CHARLES, ESQ #3038
5704 West Palmarie Avenue P.O. BOX 1737
Glendale, AZ 85311-1737
623-939-6546
623-939-6718 Fax
attyjcharles@joe charles.com
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PETRU POP and MARIA POP,<br>Debtor(s). | Case No.2:09-bk-33666-SSC<br><br>OBJECTION TO PROOF OF CLAIM OF PNC BANK, N. A.<br><br>Proof of Claim 1 |

The Debtors PETRU POP and MARIA POP object to the Proof of Claim of PNC BANK, N. A. as filed on January 19, 2010 as follows.

A litigant must have both constitutional standing and prudential standing for a federal court to have jurisdiction to hear the case. *Elk Grove Unified Sch. Dist. V. Newdow*, 542 U.S. 1, 11 (2004). Constitutional standing requires an injury be fairly traceable to the defendant's allegedly unlawful conduct and likely to be redressed by the requested relief. *United Food & Drug Commercial Workers Union Local 751 v. Brown Group, Inc.*, 517 U.S. 544, 551 (1996). For prudential standing, the litigant must assert its own legal rights and interests, *Oregon v. Legal Servs. Corp.*, 552 F.3d 965, 971 (9th Cir. 2009).

Also, an action must be prosecuted by the real party in interest. Fed. R. Civ. P. Rule 17(a)1. The holder of the note is the only entity entitled to enforce it. A.R.S. § 47-3301. The holder is

1

defined as "the person in possession of a negotiable instrument that is payable either to bearer or to an identified person that is the person in possession." A.R.S § 47-1201(B)(21)(a).

Claimant's proof of claim does not show that PNC BANK, N. A. has proof of standing and or show that PNC BANK N. A. is the real party in interest. The note and the Deed of Trust are in the name of Universal Mortgage & Lending Inc. There is a purported transfer to National City Mortgage Co. Claimant also provides numerous documents explaining PNC Bank's by-laws, a merger application, and a certificate of merger concerning the following companies: (National City Bank, National City Corporation, PNC Financial Services Group, Inc., and PNC Bank National Association). However, there is no mention of National City Mortgage Co. who appears to hold the note at this time.

Based on the fact that National City Mortgage Co. appears to hold the note, only they are the real party in interest and only they have standing. Claimant is not National City Mortgage Co. and therefore is not a real party in interest and cannot have standing.

THEREFORE, Debtors object to the proof of claim filed on behalf of PNC BANK, N. A. and asks that their claim be denied.

DATED this 27th day of 2010.

JOSEPH W. CHARLES, P.C.

/s/ <u>Joseph W. Charles</u>
Joseph W. Charles
5704 W. Palmaire Avenue
P.O. Box 1737
Glendale, AZ 85311
Attorney for Debtors

2

COPY of the foregoing
Mailed this 27th day of
January, 2010, to:

Mark Bosco
Leonard J. McDonald
Tiffany & Bosco, P.A.
2525 E. Camelback Road
Suite 300
Phoenix, AZ 85016

U. S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003
Trustee

   /s/ C. Short