**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>**PETRU POP** and<br>**MARIA POP**,<br><br>Debtors. | In Proceedings Under Chapter 11<br><br>Case No. 2:09-bk-33666-SSC<br><br>**ORDER AUTHORIZING EMPLOYMENT AND APPOINTMENT OF ATTORNEY** |

The Debtors having filed their Application to Appoint and Employ Attorney Joseph W. Charles as their attorney in these proceeding under an hourly rate agreement; the Court having reviewed such application and the affidavit of Joseph W. Charles; it appearing that Joseph W. Charles is duly admitted to practice law in the State of Arizona and this Court; the Court being satisfied that Joseph W. Charles represents no interest adverse to the Debtors or this estate; and the Court having determined that the employment and appointment of Joseph W. Charles as the attorney to render legal services to the Debtors in these proceedings is necessary and in the best interest of this estate, and that this proceeding is one justifying an hourly rate agreement,

NOW, THEREFORE , IT IS HEREBY ORDERED that PETRU and MARIA POP, the Debtors in this proceeding, be and is hereby authorized to employ and

appoint as their attorney in this matter Joseph W. Charles to represent them under hourly rate procedures in this Chapter 11 proceeding, the payment of legal services and costs pursuant to Court Order only.

DATED, SIGNED AND ORDERED AS ABOVE STATED