RYLEY CARLOCK & APPLEWHITE
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4417
Telephone: 602/258-7701
Telecopier: 602/257-9582

William Scott Jenkins, Jr. – 021841
sjenkins@rcalaw.com
Alexandra E. Hicks – 026269
ahicks@rcalaw.com

Attorneys for Wells Fargo Bank, N.A. as trustee
for the registered holders of LaSalle
Commercial Mortgage Securities, Inc. 2006-
MF2, Commercial Mortgage Pass-Through
Certificates, Series 2006-MF2

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings |
|---|---|
| Petru Pop and Maria Pop, | Case No. 2:09-bk-33666-SSC |
| Debtors. | **NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | **RELATES TO DOCKET NOS. 19 and 27** |
| | DATE: March 17, 2010 |
| | TIME: 1:30 p.m. |
| | PLACE: U.S. Bankruptcy Court Courtroom #701 |

(Subject Property: 5915-5947 West Rose Lane, Glendale, Arizona 85304)

The Court has set a non-evidentiary preliminary hearing on March 17, 2010 at 1:30 p.m. to consider and act upon the Motion for Relief from the Automatic Stay ("Motion") filed by Wells Fargo Bank, N.A. as trustee for the registered holders of LaSalle Commercial Mortgage Securities, Inc. 2006-MF2, Commercial Mortgage Pass-Through Certificates, Series 2006-MF2 (the "Trust") at Docket No. 19 and the objection filed by the Debtors at Docket No. 27. The hearing will be held in the United States Bankruptcy Court for the District of Arizona, Courtroom #701, 7th Floor, 230 North First Avenue, Phoenix, Arizona 85003. A copy of the Order Setting Preliminary Hearing is attached as Exhibit "A."

DATED this 19th day of February, 2010.

**RYLEY CARLOCK & APPLEWHITE**

By /s/ Alexandra E. Hicks
William Scott Jenkins, Jr.
Alexandra E. Hicks
Attorneys for Wells Fargo Bank, N.A. as trustee for the registered holders of LaSalle Commercial Mortgage Securities, Inc. 2006-MF2, Commercial Mortgage Pass-Through Certificates, Series 2006-MF2

A copy of the foregoing was electronically filed with the U.S. Bankruptcy Court on this 19th day of February, 2010.

A copy of the foregoing was mailed this 19th day of February, 2010, to:

Office of the U.S. Trustee
U.S. Bankruptcy Court
230 North First Avenue, Suite 204
Phoenix, Arizona 85003

Joseph W. Charles
P.O. Box 1737
Glendale, Arizona 85311-1737
Attorney for Debtors

Petru Pop
7854 West Spur Drive
Peoria, Arizona 85383

Maria Pop
7854 West Spur Drive
Peoria, Arizona 85383

The Debtors' twenty largest creditors of unsecured claims and all parties in interest listed on the attached Exhibit 1.

By: /s/ Joyce Gesick

# EXHIBIT A

SIGNED.

Dated: February 16, 2010

_Sarah S. Curley_
SARAH S. CURLEY
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>Petru Pop and Maria Pop,<br><br>Debtor(s)<br><br>Movant(s)<br>v.<br><br>Respondent(s) | Chapter 11<br>Case No. 2:09-bk-33666-SSC<br>(Rel.Dkt#) 19 and 27<br><br>ORDER SETTING PRELIMINARY HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ESTABLISHING PROCEDURES FOR PRESENTATION OF EVIDENCE AT FINAL HEARING |

   The Movant having filed a Motion for Relief from Stay (the "Motion") in the above-captioned proceeding and an objection thereto having been filed;

   IT IS ORDERED THAT:

   1. The provisions of Local Bankruptcy Rule 4001-1 (Local Order No. 67) shall apply to all further proceedings on the Motion, except as modified by this Order.

   2. Unless otherwise ordered by the Court, the provisions of Rule 26(a)(1), (d), (e)(1), (f), and (g)(1), Federal Rules of Civil Procedure (as amended 1993), otherwise made applicable to this proceeding by Rules of Bankruptcy Procedure 9014 and 7026, shall not apply to further proceedings on the Motion. To the extent necessary, the timing of the disclosures required under Rule 26(a)(2) or 26(a)(3) shall be accelerated to comply

with Local Bankruptcy Rule 4001-1 (Local Order No. 67) or this Order.

3. A preliminary hearing on the Motion for Relief from the Stay shall be held on ___March 17, 2010___ at ___1:30 p.m.___ at 230 N. First Avenue, Courtroom 701, 7th Floor, Phoenix, Arizona 85003. The Court will either resolve the Motion at that hearing or set a final hearing. <u>A preliminary hearing calendar contemplates a hearing of no more than 5 minutes, with no more than 15 minutes devoted to any one matter.</u> If Movant or Movant's counsel requires more time on a matter, or believes that because of the number of parties involved or the complexity of the factual and/or legal issues involved that more time is necessary, Movant or Movant's counsel must contact the the Courtroom Deputy and obtain a hearing date and time to be noticed out to interested parties. The respondent shall appear personally or by counsel at all hearings for relief from stay.

4. At least three (3) days prior to the preliminary hearing the parties must file and serve declarations or affidavits to support their respective positions. FAILURE TO FILE THESE DECLARATIONS MAY AFFECT THE COURT'S RULING ON THIS MATTER, EITHER SUMMARILY GRANTING OR DENYING THE RELIEF REQUESTED.

5. At the preliminary hearing, the Movant must present a *prima facie* case that the automatic stay should be vacated. An affidavit or declaration may be utilized for such purposes.

6. At the preliminary hearing, the objecting party must present evidence that "there is reasonable likelihood that the party opposing relief from such stay will prevail at the conclusion of the final hearing." 11 U.S.C. § 362(e). An affidavit or declaration may be sufficient for such purposes.

7. If the Court concludes, at the preliminary hearing or pursuant to the stipulation of the parties, that a final hearing must be conducted in this matter, the parties shall advise the Court, after personal consultation,

   (a) whether the final hearing shall be conducted as oral argument or as an evidentiary hearing;

   (b) if the final hearing is to be presented as oral argument, the proposed briefing schedule;

   (c) if the final hearing is to be conducted as an evidentiary hearing, whether

2

Case 2:09-bk-33666-SSC    Doc 33    Filed 02/19/10    Entered 02/19/10 15:25:15    Desc
Main Document    Page 5 of 9

(i) any discovery must be conducted and the proposed procedure and time deadlines to accomplish same;

(ii) a joint pretrial order is to be filed, and the proposed date to file same; and/or

(iii) the parties intend simply to file and serve a list of witnesses and exhibits and exchange all exhibits <u>one</u> <u>week</u> prior to the final hearing (See Local Bankruptcy Rule 4001(I)).

8. If the parties stipulate to a final hearing only being conducted on this matter, the parties shall present a form of order vacating the preliminary hearing (if necessary) and requesting that the automatic stay remain in place pending further order of the Court.

9. The automatic stay shall remain in place at least pending the conclusion of the preliminary hearing.

10. If the procedure outlined herein is not followed by a party, it may result in the imposition of sanctions which may include summarily granting or denying the relief requested.

12. Movant shall provide notice of this order to all interested parties and file a certificate of service thereon pursuant to Bankruptcy Rule 9013-1(j)(C).

SIGNED AND DATED ABOVE

3

Exhibit 1

**2:09-bk-33666-SSC** PETRU POP and MARIA POP
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Sarah Sharer Curley
**Date filed:** 12/30/2009 **Date of last filing:** 02/18/2010

# Creditors

| | |
|---|---|
| **BANK OF AMERICA**<br>P. O. Box 15726<br>Wilmington DE 19886-5726 | (8792517)<br>(cr) |
| **BANK OF AMERICA**<br>P. O. Box 15726<br>Wilmington DE 19886-5726 | (8814467)<br>(cr) |
| **EverHome Mortgage**<br>PO BOX 2167<br>Jacksonville FL 32232-0004 | (8792518)<br>(cr) |
| **EverHome Mortgage**<br>PO BOX 2167<br>Jacksonville FL 32232-0004 | (8814468)<br>(cr) |
| **LaSalle Bank National Association**<br>1350 E Touhy Ave, Suite 280W<br>Des Plaines IL 60018 | (8792519)<br>(cr) |
| **LaSalle Bank National Association**<br>1350 E Touhy Ave, Suite 280W<br>Des Plaines IL 60018 | (8814469)<br>(cr) |
| **M & I Bank**<br>PO BOX 1288<br>Buffalo NY 14240-1288 | (8792520)<br>(cr) |
| **M & T Bank**<br>PO BOX 1288<br>Buffalo NY 14240-1288 | (8814470)<br>(cr) |
| **M&T Bank**<br>c/o McCarthy, Holthus & Levine<br>3636 North Central Avenue, Ste. 1050<br>Phoenix, AZ 85012 | (8842375)<br>(cr) |
| **MaryAnn Pop**<br>8579 W Maryann Drive<br>Peoria AZ 85382 | (8814471)<br>(cr) |
| **MaryAnn Pop** | (8792521)<br>(cr) |
| **National City Mortgage** | (8792522) |

| | |
|---|---|
| PO BOX 54828<br>Los Angeles CA 90054-0828 | (cr) |
| **National City Mortgage**<br>PO BOX 54828<br>Los Angeles CA 90054-0828 | (8814472)<br>(cr) |
| **PNC Bank, N.A.**<br>C/O MARK S. BOSCO<br>2525 E. CAMELBACK RD. SUITE 300<br>PHOENIX, AZ 85016 | (8827831)<br>(cr) |
| **Recovery Management Systems Corporation**<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | (8890061)<br>(cr) |
| **Wells Fargo Bank, N.A. as trustee for registered h**<br><br>c/o W. Scott Jenkins, Jr.<br>Ryley Carlock & Applewhite<br>1 N. Central Avenue, Suite 1200<br>Phoenix, AZ 85004-4417 | (8803996)<br>(cr) |
| **WELLS FARGO BANK, NA**<br>% Ryley, Carlock & Applewhite<br>1 North Central, Suite 1200<br>Phoenix AZ 85004-4417 | (8792523)<br>(cr) |
| **WELLS FARGO BANK, NA**<br>% Ryley, Carlock & Applewhite<br>1 North Central, Suite 1200<br>Phoenix AZ 85004-4417 | (8814473)<br>(cr) |
| **Wells Fargo Home Mortgage**<br>PO BOX 51965<br>Los Angeles CA 90051-6265 | (8792524)<br>(cr) |
| **Wells Fargo Home Mortgage**<br>PO BOX 51965<br>Los Angeles CA 90051-6265 | (8814474)<br>(cr) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 02/19/2010 11:34:24 ||||
| **PACER Login:** | rc0036 | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 2:09-bk-33666-SSC<br>Creditor Type: All |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |