RYLEY CARLOCK & APPLEWHITE
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4417
Telephone: 602/258-7701
Telecopier: 602/257-9582

William Scott Jenkins, Jr. – 021841
sjenkins@rcalaw.com
Alexandra E. Hicks – 026269
ahicks@rcalaw.com

Attorneys for Wells Fargo Bank, N.A. as trustee
for the registered holders of LaSalle
Commercial Mortgage Securities, Inc. 2006-
MF2, Commercial Mortgage Pass-Through
Certificates, Series 2006-MF2

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Petru Pop and Maria Pop,<br><br>Debtors. | Chapter 11 Proceedings<br><br>Case No. 2:09-bk-33666-SSC<br><br>NOTICE OF HEARING<br>ON MOTION TO APPOINT TRUSTEE<br><br>RELATES TO DOCKET<br>NOS. 29 and 39<br><br>DATE: April 7, 2010<br>TIME: 10:00 a.m.<br>PLACE: U.S. Bankruptcy Court<br>Courtroom #701 |

The Court has set a hearing on April 7, 2010 at 10:00 a.m. to consider and act upon the Motion to Appoint Trustee ("Motion") filed by Wells Fargo Bank, N.A. as trustee for the registered holders of LaSalle Commercial Mortgage Securities, Inc. 2006-MF2, Commercial Mortgage Pass-Through Certificates, Series 2006-MF2 ("Trust") at Docket No. 29 and the objection filed by the Debtors at Docket No. 39. The hearing will be held in the United States Bankruptcy Court for the District of Arizona, Courtroom #701, 7th Floor, 230 North First Avenue, Phoenix, Arizona 85003.

1   DATED this 10th day of March, 2010.

                                    **RYLEY CARLOCK & APPLEWHITE**


                                    By /s/ Alexandra E. Hicks
                                       William Scott Jenkins, Jr.
                                       Alexandra E. Hicks
                                       Attorneys for Wells Fargo Bank, N.A. as trustee
                                       for the registered holders of LaSalle
                                       Commercial Mortgage Securities, Inc. 2006-
                                       MF2, Commercial Mortgage Pass-Through
                                       Certificates, Series 2006-MF2


A copy of the foregoing was electronically filed with
the U.S. Bankruptcy Court on this 10th day of March,
2010.

A copy of the foregoing was mailed this 10th day of
March, 2010, to:

Office of the U.S. Trustee
U.S. Bankruptcy Court
230 North First Avenue, Suite 204
Phoenix, Arizona 85003

Joseph W. Charles
P.O. Box 1737
Glendale, Arizona 85311-1737
Attorney for Debtors

The Debtors' twenty largest creditors
of unsecured claims and all parties in interest
listed on the attached Exhibit 1.

By: /s/ Joyce Gesick

# Exhibit 1

Bank of America
PO Box 15726
Wilmington, DE 19886-5726

EverHome Mortgage
PO Box 2167
Jacksonville, FL 32232-0004

LaSalle Bank, National Association
1350 E. Touhy Avenue, Suite 280W
Des Plaines, IL 60018

M & I Bank
PO Box 1288
Buffalo, NY 14240-1288

M & T Bank
c/o McCarthy, Holthus & Levine
3636 N. Central Avenue, Suite 1050
Phoenix, AZ 85012

M & T Bank
PO Box 1288
Buffalo, NY 14240-1288

MaryAnn Pop
8579 W. Maryann Drive
Peoria, AZ 85282

National City Mortgage
PO Box 54828
Los Angeles, CA 90054-0828

PNC Bank, N.A.
c/o Mark S. Bosco
2525 E. Camelback Road, Suite 300
Phoenix, AZ 85016

Recovery Management Systems Corp.
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605,,

Wells Fargo Home Mortgage
PO Box 51965
Los Angeles, CA 90051-6265