**JOSEPH W. CHARLES, P.C.**
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311-1737
Phone: 623-939-6546
Fax:    623-939-6718
Email: lawoffice@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 11 |
|---|---|
| **PETRU POP** and **MARIA POP**, Debtors. | Case No. 2:09-bk-33666-SSC <br><br> **MOTION TO CONVERT TO CHAPTER 13** |

Debtors by and through undersigned counsel, Joseph W. Charles, hereby motions the court to convert their proceedings from Chapter 11 a Chapter 13.

Debtors believe it is in their best interests to convert the matter as they no longer have control of the major asset, being the real property/apartment building, which precipitated filing in Chapter 11.

As the debtors no longer have that asset to reorganize they feel that they can effectively reorganize in Chapter 13.

DATED this 7th day of April, 2010.

                                            **JOSEPH W. CHARLES, P.C.**

                                            By:   /s/ Joseph W. Charles
                                                    Joseph W. Charles