```
TIFFANY & BOSCO
       P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192
```

IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: April 08, 2010



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-00492

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Petru Pop and Maria Pop<br>   Debtors.<br><br>Everhome Mortgage Company<br>   Movant,<br>  vs.<br><br>Petru Pop and Maria Pop, Debtors, U.S. Trustee, Trustee.<br><br>   Respondents. | No. 2:09-BK-33666-SSC<br><br>Chapter 11<br><br>ORDER<br><br>(Related to Docket #48) |

  Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

  IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 24, 2007 and recorded in the office of the Maricopa County Recorder wherein Everhome Mortgage Company is the current beneficiary and Petru Pop and Maria Pop have an interest in, further described as:

> LOT 294, OF ROCK SPRINGS II PHASE I, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 730 OF MAPS, PAGE 26 AND CERTIFICATES OF CORRECTION RECORDED AS 2005-0625225 OF OFFICIAL RECORDS AND AS 2005-0893164 OF OFFICIAL RECORDS.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.