OFFICIAL RECORDS OF
Unofficial Document

Exhibit C

First Financial Title Agency

521129

Loan Number: 0002788875

## ASSIGNMENT OF MORTGAGE / DEED OF TRUST and PROMISSORY NOTE

This Instrument Prepared by:
National City Mortgage Co.

**MAIL TO:**
**National City Mortgage Co.**
**Wholesale Department**
**3232 Newmark Drive**
**Miamisburg, OH 45342**

FOR VALUE RECEIVED UNIVERSAL MORTGAGE & LENDING INC ("Bank") hereby sells, transfers, sets over and assigns to: NATIONAL CITY MORTGAGE CO., 3232 Newmark Drive, Miamisburg, OH 45342, its successors and/or assigns, Bank's entire right, title, and interest in and to the following described mortgage ("Mortgage") and promissory note ("Promissory Note") which are dated 9/12/03. In the original principal amount of $ 125,100. The Mortgage is described and identified by the following name(s) of the mortgagor(s), instrument number, and/or book and page number as recorded in MARICOPA County, ARIZONA.

| MORTGAGOR(S) | INSTRUMENT NO. | BOOK & PAGE | |
|---|---|---|---|
| PETRU POP | 03-1329768 | | |
| Recorded on 9-22-03 | | | |
| | | | |
| | | | |

IN TESTIMONY WHEREOF, said UNIVERSAL MORTGAGE & LENDING INC has hereunto set its hand this 12TH day of SEPTEMBER.

ATTEST:

Typed Name ____________________ By: [signature]

Typed Name ____________________ Name: JOY EAVES
Title: OPERATIONS MANAGER

STATE OF ARIZONA
COUNTY OF MARICOPA SS:

The foregoing instrument was acknowledged before me this 12TH day of SEPTEMBER, by JOY EAVES, as OPERATIONS MANAGER, on behalf of UNIVERSAL MORTGAGE LENDING INC

[signature]
NOTARY PUBLIC

Commission Expiration: 2-5-06

OFFICIAL SEAL
BEATRICE A. VALENCIA
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Feb. 5, 2006